IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL ERBY, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ALLSTATE FIRE AND CASUALTY INS. CO., et al.,<br><br>Defendants. | CIVIL ACTION<br><br>No. 2:18-cv-04944-KSM |

**PLAINTIFF AND DEFENDANTS' JOINT MOTION
FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

Plaintiff and Defendants' hereby move for final approval of the class action settlement. Plaintiff and Defendants hereby incorporate the attached Memorandum of Law as if fully set forth herein. For the reasons stated in Plaintiff and Defendants' Memorandum of Law, the Motion should be granted.

Dated: September 1, 2022

*/s/ Daniel C. Levin*

Daniel C. Levin, Esquire
**LEVIN SEDRAN & BERMAN**
510 Walnut Street, Ste. 500
Philadelphia, PA 19106
(215) 592-1500

D. Aaron Rihn, Esquire
**ROBERT PEIRCE & ASSOCIATES, P.C.**
707 Grant Street, Suite 125
Pittsburgh, PA 15219-1918
412-281-7229

Jason Medure, Esquire

Respectfully submitted,

*/s/ Peter Valeta*

Peter Valeta, Esquire
Wendy Enerson, Esquire
**COZEN O'CONNOR**
123 North Wacker Drive, Suite 1800
Chicago, IL 60606

*Attorneys for Defendants*

1

**MEDURE BONNER BELLISSIMO, LLC**
713 Wilmington Avenue
New Castle, PA 16101
724-653-7855

Derrek W. Cummings, Esquire, CPA
**WEISBERG CUMMINGS, P.C.**
2704 Commerce Drive, Suite B
Harrisburg, PA 17110-9380
717-238-5707

*Attorneys for Plaintiff and the Proposed Settlement Class*

## **RULE 7.1(b) CERTIFICATATION**

Pursuant to Rule 7.1(b), Local Rules, United States District Court, Eastern District of Pennsylvania, the undersigned has conferred with counsel for the Defendant and is authorized to represent that the Defendant does not oppose this motion.

Dated: September 1, 2022               */s/ Daniel C. Levin*
                                      Daniel C. Levin